Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KINSALE INSURANCE COMPANY, a foreign insurer,

    Plaintiff,

v.

OCULUS ONE, LLC d/b/a OCULUS SURVEILLANCE, a Washington limited liability company, EVERGREEN MARKET (RENTON NORTH), INC. a Washington for-profit corporation, ZEBELUM ANNU EL, an individual, MICHEAUX RASHAD ERVIN a/k/a 'EARTHQUAKE', an individual, DOE CORPORATIONS 1-10, and PAT DOES 1-5,

    Defendants.

Case No. 2:22-cv01189-BJR

ORDER ON DEFENDANT EVERGREEN MARKET (RENTON NORTH), INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME

The Court, having reviewed Defendant Evergreen Market (Renton North), Inc.'s ("Evergreen") Unopposed Motion for Extension of Time and the records and files herein; does hereby find and ORDER:

/ / /

/ / /

/ / /

DEFENDANT EVERGREEN MARKET (RENTON NORTH), INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME- 1
2:22-cv01189-BJR
4864-1628-3958.1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204

1       Defendant Evergreen's Unopposed Motion for Extension of Time is
2 GRANTED and Defendant Evergreen's response to Plaintiff's First Amended
3 Complaint is due on or before October 24, 2022.

DATED this 3rd day of October, 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

DEFENDANT EVERGREEN MARKET (RENTON NORTH), INC.'S UNOPPOSED
MOTION FOR EXTENSION OF TIME- 2
2:22-cv01189-BJR
4864-1628-3958.1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 3rd day of October, 2022.

<u>*s/ Seth H. Row*</u>
Seth H. Row

CERTIFICATE OF SERVICE

MILLER NASH LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204

4864-1628-3958.1