**HONORABLE BARBARA J. ROTHSTEIN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KINSALE INSURANCE COMPANY, a foreign insurer;<br><br>Plaintiff,<br><br>v.<br><br>OCULUS ONE, LLC d/b/a OCULUS SURVEILLANCE, a Washington limited liability company, EVERGREEN MARKET (RENTON NORTH), INC., a Washington for-profit corporation, ZEBELUM ANNUEL, an individual, MICHAEUX RASHAD ERVIN a/k/a 'EARTHQUAKE', an individual, DOE CORPORATIONS 1-10, and PAT DOES 1-5,<br><br>Defendants. | No. 2:22−cv−01189−BJR<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |

Before the Court is Plaintiff Kinsale Insurance Company's ("Kinsale") Motion for Leave to Amend. The Court has reviewed all the briefing and materials submitted by the parties, including:

1. Plaintiff Kinsale's Motion for Leave to Amend;

2. Plaintiff Kinsale's Second Amended Complaint;

3. The Declaration of Thomas Lether in Support of Kinsale's Motion for Leave to Amend, and the exhibit(s) attached thereto; and

4. The Reply in Support of Plaintiff's Motion for Leave to Amend.

Having considered the foregoing, as well as the records and pleadings already on file, and the motion being unopposed, it is hereby ORDERED that Kinsale's Motion for Leave to Amend is GRANTED.

IT IS SO ORDERED.

Dated this 28th day of December, 2022.

Barbara Jacobs Rothstein
U.S. District Court Judge