HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KINSALE INSURANCE COMPANY, a foreign insurer;<br><br>Plaintiff,<br><br>v.<br><br>OCULUS ONE, LLC d/b/a OCULUS SURVEILLANCE, a Washington limited liability company, EVERGREEN MARKET (WA), INC., a Washington for-profit corporation, EVERGREEN MARKET (RENTON NORTH), INC., a Washington for-profit corporation, ZEBELUM ANNU EL and ANDREA BRIGHT, individually and as a marital community, MICHAEUX RASHAD ERVIN a/k/a 'EARTHQUAKE', an individual, DOE CORPORATIONS 1-10, and PAT DOES 1-5,<br><br>Defendants. | No. 2:22-cv-1189<br><br>**STIPULATED MOTION AND ORDER TO DISMISS ZEBELUM ANNU EL AND ANDREA BRIGHT** |

### I. STIPULATED MOTION

Plaintiff Kinsale Insurance Company (Kinsale) and Defendants Zebelum Annu El and Andrea Bright hereby Stipulate and Agree:

1. Zebelum Annu El and Andrea Bright agree to be bound by any coverage decision or ruling made by the court in this action. Zebelum Annu El and Andrea Bright acknowledge and agree

1  that they have been provided with the opportunity to consult with counsel and that they sign
2  this Stipulation free from any duress or undue influence on the part of Kinsale.
3  2. In consideration of this agreement, Kinsale agrees to dismiss the claims asserted against
4  Zebelum Annu El and Andrea Bright without prejudice and without costs to either party.

DATED this 15th day of March, 2023.

LETHER LAW GROUP

*/s/Thomas Lether*   _
Thomas Lether, WSBA #18089
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 F: 206-467-5544
tlether@letherlaw.com
*Attorney for Kinsale Insurance Company*

SEARS INJURY LAW

*/s/ Michael Brown*_____
Michael "Mac" Brown, WSBA #49722
2505 S. 320th St., Suite 625
Federal Way, WA 98003
P: (206) 753-3157
parker@searsinjurylaw.com
*Counsel for Zebelum Annu El*

## II. ORDER

Pursuant to the Stipulated Motion, Defendants Zebelum Annu El and Andrea Bright are dismissed without prejudice and without costs to either party.

IT IS SO ORDERED THIS 15th DAY OF MARCH, 2023.

*Barbara J. Rothstein* (signature)
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

LETHER LAW GROUP

/s/Thomas Lether
Thomas Lether, WSBA #18089
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444  F: 206-467-5544
tlether@letherlaw.com
*Attorney for Kinsale Insurance Company*

SEARS INJURY LAW

/s/ Michael Brown
Michael "Mac" Brown, WSBA #49722
2505 S. 320th St., Suite 625
Federal Way, WA 98003
P: (206) 753-3157
parker@searsinjurylaw.com

STIP MOTION TO DISMISS DEFENDANTS ANNU-EL AND
BRIGHT AND PROPOSED ORDER – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON  98109
P: (206) 467-5444  F: (206) 467-5544

Counsel for Zebelum Annu-El

# CERTIFICATE OF SERVICE

The undersigned hereby certify under the penalty of perjury under the laws of the United States of America that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following parties:

Parker D. Davidson, WSBA # 49746
Michael "Mac" Brown, WSBA #49722
Sears Injury Law, PLLC
2505 S. 320th St., Suite 625
Federal Way, WA 98003
P: (206) 753-3157
parker@searsinjurylaw.com
mac@searsinjurylaw.com
jamie@searsinjurylaw.com
bridget@searsinjurylaw.com
*Counsel for Zebelum Annu El*

Chase C. Alvord, WSBA #26080
Rebecca L. Solomon, WSBA #51520
Tousley Brian Stephens, PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
P: (206) 682-5600 / F: (206) 682-2992
calvord@tousley.com
rsolomon@tousley.com
*Counsel for Oculus One, LLC*

Seth H. Row, WSBA #32905
Linda Degman, WSBA # 60301
Lane Conrad, WSBA# 59287
Miller Nash LLP
111 SW Fifth Ave., Suite 3400
Portland, OR 97204
P: (503) 224-5858
Seth.row@millernash.com
Linda.Degman@MillerNash.com
Lane.Conrad@MillerNash.com
Cindy.Switzler@MillerNash.com
*Counsel for Evergreen Market Renton North*

By: [X] ECF

Dated this 15th day of March 2023 at Seattle, Washington.

/s/ Nico Schulz
Nico Schulz | Paralegal