HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KINSALE INSURANCE COMPANY, a foreign insurer;<br><br>Plaintiff,<br><br>v.<br><br>OCULUS ONE, LLC d/b/a OCULUS SURVEILLANCE, a Washington limited liability company, EVERGREEN MARKET (WA), INC., a Washington for-profit corporation, EVERGREEN MARKET (RENTON NORTH), INC., a Washington for-profit corporation, ZEBELUM ANNU EL and ANDREA BRIGHT, individually and as a marital community, MICHAEUX RASHAD ERVIN a/k/a 'EARTHQUAKE', an individual, DOE CORPORATIONS 1-10, and PAT DOES 1-5,<br><br>Defendants. | No. 2:22-cv-1189<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINES** |

Kinsale Insurance Company, Oculus One, LLC, Evergreen Market (WA), Inc., and Michaeux Ervin (the "Moving Parties") hereby submit the following Stipulation to extend the current case schedule deadlines by 90 days.

I.   FACTS

Kinsale Insurance Company ("Kinsale") filed its Second Amended Complaint on January

4, 2023. Dkt. 29. On January 25, 2023, the Court issued an Order Setting Trial Dates and Related Dates. Dkt. 37. On March 15, 2023, the Court signed an Order dismissing Andrea Bright and Zebelum Annu-EL from this lawsuit. Dk. 40.

The Moving Parties are continuing the discovery process and in the infancy of settlement negotiations. Further, the Moving Parties believe as the underlying matter entitled *Zebeleum Annu-El v. Evergreen Market (WA) Inc., et al.*, King County Superior Court, Case No. 22-215040-8 KNT (hereinafter, the "Underlying Matter'), progresses, it may shape legal theories relevant to this current lawsuit. In light of the same, and given the upcoming expert disclosure deadline, the Moving Parties agree to a 90-day extension of the current deadlines would be beneficial. The current deadlines are as follows:

| Event | Deadline |
| --- | --- |
| Reports from expert witnesses under FRCP 26(a)(2) | August 14, 2023 |
| Discovery completed by | September 13, 2023 |
| All dispositive motions must be filed by | October 13, 2023 |
| All motions *in limine* must be filed by | February 5, 2024 |
| Joint Pretrial Statement | February 12, 2024 |
| Pretrial conference | February 26, 2024 |

## II.     STIPULATED RELIEF REQUESTED

The Moving Parties have met and conferred regarding the requested extension and agree there is good cause to grant the request. The stipulated requested extensions are as follows:

| Event | Deadline |
| --- | --- |
| Reports from expert witnesses under FRCP 26(a)(2) | November 12, 2023 |
| Discovery completed by | December 12, 2023 |
| All dispositive motions must be filed by | January 11, 2024 |
| All motions *in limine* must be filed by | May 5, 2024 |
| Joint Pretrial Statement | May 12, 2024 |
| Pretrial conference | May 26, 2024 |

### III.   LEGAL STANDARD

Federal Rule of Civil Procedure 6(b)(1)(A) states, in pertinent part, as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: … (A) with or without motion or if the court acts, or if a request is made, before the original time or its extension expires ...

Fed. R. Civ. P. 6(b)(1)(A).

As set forth above, scheduling order may be modified upon a showing of good cause. Fed. R. Civ. P. 16(b)(4). A motion for extension of time filed before a deadline has passed should "normally ... be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Id.* (citing *Ahanchian* v. *Xenon Pictures, Inc.,* 624 F.3d 1253, 1259 (9th Cir. 2010)).

### IV.   GOOD CAUSE EXISTS TO MODIFY THE SCHEDULING ORDER

The Moving Parties believe extending the current deadlines by 90-days will allow them time to engage in necessary discovery and continue settlement discussions. Additionally, this would allow the parties to consider settlement prior to incurring the costs of hiring expert witnesses and engaging in discovery, which will include depositions of all relevant parties.

## V. CONCLUSION

The Moving Parties respectfully request that this Court modify the current deadlines by 90 days to allow the Moving Parties time to discuss settlement and save costs of hiring experts and engaging in extensive discovery.

DATED this 8th day of August, 2023.

*I certify that this document contains 544 words in compliance with Local Civil Rules.*

LETHER LAW GROUP

*/s/Thomas Lether*
Thomas Lether, WSBA #18089
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 F: 206-467-5544
tlether@letherlaw.com
*Attorney for Kinsale Insurance Company*

TOUSLEY BRIAN STEPHENS, PLLC

*/s/ Chase C. Alvord*
Chase C. Alvord, WSBA #26080
Rebecca L. Solomon, WSBA #51520
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
P: (206) 682-5600 / F: (206) 682-2992
calvord@tousley.com
rsolomon@tousley.com
*Counsel for Oculus One, LLC and Michaeux Rashad Ervin a/k/a 'Earthquake'*

MILLER NASH LLP

*/s/ Seth H. Row*
Seth H. Row, WSBA #32905
Linda Degman, WSBA # 60301
Lane Conrad, WSBA# 59287

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

111 SW Fifth Ave., Suite 3400
Portland, OR 97204
P: (503) 224-5858
Seth.row@millernash.com
Linda.Degman@MillerNash.com
Lane.Conrad@MillerNash.com
*Counsel for Evergreen Market Renton North and Evergreen Market (WA), Inc.*

## II. ORDER

Pursuant to the Stipulated Motion, the Court will extend the current case schedule deadlines by 90 days. The Amended Case Scheduling Order is as follows:

| Event | Deadline |
|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) | November 12, 2023 |
| Discovery completed by | December 12, 2023 |
| All dispositive motions must be filed by | January 12, 2024 |
| All motions *in limine* must be filed by | May 6, 2024 |
| Joint Pretrial Statement | May 13, 2024 |
| Pretrial conference | May 27, 2024 |

In addition, the trial is continued from March 11, 2024 to June 10, 2024.

DATED this 9th day of August, 2023.

*/s/ Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

LETHER LAW GROUP

*/s/Thomas Lether*
Thomas Lether, WSBA #18089
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444  F: 206-467-5544

1  tlether@letherlaw.com
   *Attorney for Kinsale Insurance Company*

2

3

   TOUSLEY BRIAN STEPHENS, PLLC
4

5  */s/ Chase C. Alvord*
   Chase C. Alvord, WSBA #26080
   Rebecca L. Solomon, WSBA #51520
6
   1200 Fifth Avenue, Suite 1700
7  Seattle, WA 98101
   P: (206) 682-5600 / F: (206) 682-2992
8  calvord@tousley.com
   rsolomon@tousley.com
9  Counsel for Oculus One, LLC and
   Michaeux Rashad Ervin a/k/a 'Earthquake'
10

   MILLER NASH LLP
11

12 */s/ Seth H. Row*
   Seth H. Row, WSBA #32905
   Linda Degman, WSBA # 60301
13
   Lane Conrad, WSBA# 59287
14 111 SW Fifth Ave., Suite 3400
   Portland, OR 97204
15 P: (503) 224-5858
   Seth.row@millernash.com
16 Linda.Degman@MillerNash.com
   Lane.Conrad@MillerNash.com
17 Counsel for Evergreen Market Renton North and
   Evergreen Market (WA), Inc.
18

19

20

21

22

23

24

STIP MOTION AND ORDER TO EXTEND DEADLINES – 7

Lether Law Group
1848 Westlake Avenue N. Ste. 100
Seattle, Washington  98109
P: (206) 467-5444  F: (206) 467-5544

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

STIP MOTION AND ORDER TO EXTEND DEADLINES – 8

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444  F: (206) 467-5544